# Exhibit 2

No. 608458

## ADMINISTRATIVE SERVICES AGREEMENT

### AGREEMENT NUMBER FSA/ASA-653129

This Administrative Services Agreement (hereinafter "Services Agreement") is made and entered into by and between Aetna Life Insurance Company (hereinafter "Aetna") and Freddie Mac (hereinafter "Customer").

WHEREAS, Customer has established a self-funded health care expense reimbursement plan ("the Plan") for certain eligible individuals pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") described in Appendix I of this Services Agreement; and

REDACTED

FSA-ASA                                    1